EILEEN M. DECKER
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
BENJAMIN L. TOMPKINS (SBN 305024)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6165
    Facsimile: (213) 894-0115
    E-mail: benjamin.tompkins@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>    Plaintiff, <br><br>vs. <br><br>SHIRLEY CHANG a/k/a SHIRLEY YU, HON YU, MD, INC., and HON YU, <br><br>    Defendants. | Case No.: 8:14-cv-01775-DOC-RNB <br><br> [XXXXXX] [Proposed] ORDER FOR ENTRY OF JUDGMENT [31] |

Based on the stipulation between Plaintiff United States of America ("United States") and Defendants Shirley Chang a/k/a Shirley Yu ("Shirley Yu"), Dr. Hon Yu ("Dr. Yu"), and Hon Yu, M.D., Inc., through their undersigned counsel, and for good cause appearing herein:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.    On November 6, 2014, the United States filed this action to seek a judgment against Shirley Yu in excess of $3 million for her unpaid trust fund recovery penalties for various periods from 2007 through 2009 ("Count I"); and to foreclose an Internal

Revenue Service lien and sell Shirley Yu's community property interest in the shares of Hon Yu, MD, Inc., her now ex-husband's medical practice ("Count II"). [Dkt. 1]

2.  On January 2, 2015, Shirley Yu, Dr. Hon Yu and Hon Yu, MD, Inc., filed their answer to the United States' complaint. [Dkts. 18 & 20.]

3.  On December 23, 2015, the United States and Shirley Yu filed a joint stipulation for entry of a judgment resolving Count I. [Dkt. 27.] On December 28, 2015, this Court granted the stipulation for entry of judgment. [Dkt. 29.] On January 4, 2016, this Court entered an order for entry of judgment against Shirley Yu and in favor of the United States. [Dkt. 30.]

4.  After resolving Count I, the parties have now entered into a Stipulation to resolve Count II.

5.  Based upon the parties' stipulation to resolve Count II, the Court grants the parties' stipulation and orders that judgment should be entered in favor of the United States and against Hon Yu, M.D., Inc., in the amount of $200,000.

6.  Additional interest and other statutory additions on this judgment will continue to accrue after this judgment is entered.

7.  This judgment resolves Count II.

8.  Each side will bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: February 2, 2016

*/s/ David O. Carter*
DAVID O. CARTER
United States District Judge

Respectfully Presented,

EILEEN M. DECKER
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division


        /s/
BENJAMIN L. TOMPKINS
Assistant United States Attorney
Attorneys for the United States of America